11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

Mary Lou Vines

Appellant

Vs.                   No.
11-02-00034-CR B
Appeal from Harris County

State of Texas

Appellee

 

Appellant
has filed in this court a motion to withdraw her notice of appeal.  The motion is signed by appellant and her
counsel.  The motion is granted, and the
appeal is dismissed.  TEX.R.APP.P. 42.2.

 

PER CURIAM

 

March 14, 2002

Do not
publish.  See TEX.R.APP.P. 47.3(b).

Panel consists of: Arnot, C.J.,
and

Wright, J., and McCall, J.